LAW OFFICES OF ZAMOS & OKOJIE
Jerome Zamos, SB 36246
Odion L. Okojie, SB 164931
880 West First Street, Suite #313
Los Angeles, California 90012
Telephone: (818) 348-7151/(213) 626-4100
Facsimile: (818) 348-6095/(213) 626-6900
Email:    zamoslaw@aol.com

Attorneys for Plaintiffs DORIS SAGASTUME and CARLOS RAPALO individually and as next friends and parents of the minors named in this action

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DORIS SAGASTUME and CARLOS RAPALO individually and as next friends and parents of minors named in this action,<br><br>Plaintiff,<br><br>vs.<br><br>STATEWIDE ENTERPRISES, INC., a California Corporation, MARC CHOPP, et al.<br>Defendants. | Case No.: CV 07-08111 PA (CWx)<br><br>ASSIGNED TO<br><br>THE HON. PERCY ANDERSON<br>United States District Judge<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

**TO THE COURT AND THE PARTIES AND THEIR ATTORNEYS OF RECORD.**

All of the Plaintiffs, DORIS SAGASTUME, and CARLOS RAPALO, individually and as next friends and parents of minors named in this action, have agreed in principle to settle this action as against Defendants STATEWIDE ENTERPRISES, INC., a California Corporation, Marc Chopp, individually and as the designated managing officers of DEFENDANTS STATEWIDE ENTERPRISE, INC., a licensed California Real Estate Broker VANOWEN APTS., LP, a California Limited Partnership and the General Partner or Partners of VANOWEN APTS., LP, whose identity are currently unknown.

1. The parties were unable to comply with this Court's order that the parties file a Joint Status Report before noon on December 31, 2008, because counsel did not become aware of the Order until after the deadline and we agreed to file this Notice of Settlement so as to advice the court of the current status of the case.

2. The settling parties are reviewing and will execute a formal, mutually agreed upon written settlement to memorialize their understandings of the terms of the settlement. Part of the final settlement agreement will include the Court's approval of Plaintiff's application for compromise of the two minor's claims in this action.

3. Following execution of the agreement, the parties will stipulate to dismiss this action pursuant to the Federal Rules of Civil Procedure Rule 41, with the court-retaining jurisdiction to enforce the terms and conditions of the parties' written agreements.

Dated: January 2, 2009     LAW OFFICES OF ZAMOS & OKOJIE

BY: _____
Odion L. Okojie, Attorney for Plaintiffs

Dated: January 2, 2009     Ford & Harrison LLP

By: _____ on behalf of
Catherine L. Hazany, Attorney for Defendants