FILED
2009 AUG -6 PM 12: 09
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:___

1  Doris P. Sagastume (Full Name)
2  15903 Vanowen St. (Address Line 1)
3  Van Nuys CA 91406 (Address Line 2)
4  (818) 387 80 20 (Phone Number)
5  _____ (Fax Number)
6  _____ (Email)
7  In Pro Per

## United States District Court
## Central District of California

11  Doris Sagastume,           )  Case No.:
12         Plaintiff,           )  CV 07-08111 PA-(CW)
                                )  (To be supplied by the Clerk)
13      vs.                     )
14  Statewide Enterprises Inc.  )  Motion to access funds
15         Defendant(s)         )  in blocked account
                                )  Pursuant to Order.
16                              )  Appointing Guardian and
                                   Proving Minors Claim.

17  I Doris Pinedo Sagastume
18  mother of Dianne Rivera and Harlisson
19  Rivera.
20  Dianne Rivera - DOB 9-24-2000
21  Harlisson Rivera - DOB 1-3-2002
22
23  I am making a petition to the Judge
24  to withdraw money from Blocked account
25  of two minor Dianne and Harlisson Rivera
26  because both of my children have special
27  needs and as of now we are going
28  through tough times, we currently don't

1

1 have a car which is essential to us. We
2 needs a big Van to transport my children
3 with their wheels chairs to Doctor Appointment
4 Dionne wants me to buy her a Computer
5 and they both ask me to take them to
6 Disney Land, that is their dream as of now.
7 I waith and hope Mr. Judge that you will
8 consider my Petition.

*[signature]*

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

Doris Sagustume
                                    PLAINTIFF(S),
v.
Statewide Interprises Inc. California
Corporation Mark Choff
                                    DEFENDANT(S).

CASE NUMBER

CV 07 08111-PA-CW

**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles_____, State of California, and not a party to the above-entitled cause. On Agosto 6_____, 2009____, I served a true copy of _____
by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: _____
Executed on _____, 20____ at_____, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☐ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

**ACKNOWLEDGEMENT OF SERVICE**

I, _____, received a true copy of the within document on _____.

_____                                    _____
*Signature*                                              *Party Served*